MATTHEW E. SLOAN (SBN 165165)
matthew.sloan@skadden.com
EMILY LUDMIR AVIAD (SBN 251995)
emily.aviad@skadden.com
RICHARD A. SCHWARTZ (SBN 267469)
richard.schwartz@skadden.com
ALYSSA J. CLOVER (SBN 275357)
alyssa.clover@skadden.com
RACHAEL T. SCHIFFMAN (SBN 292005)
rachael.schiffman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

*Attorneys for Plaintiffs*

*Additional counsel listed following caption*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIA MARTINEZ, an individual; ANA VELASQUEZ, an individual; HILDA DERAS, an individual; CARMEN CASTRO, an individual; GLORIA MORALES, an individual, and SAJE, a 501(c)(3) non-profit organization, <br><br> Plaintiffs, <br><br> v. <br><br> OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MAGNOLIA AVENUE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual, <br><br> Defendants. | CASE NO.: 2:17-cv-03581-SVW-MRW <br><br> **(1) JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE; AND** <br><br> Filed Concurrently Herewith: <br><br> **(2) [PROPOSED] ORDER.** <br><br> Judge:    Hon. Stephen V. Wilson <br><br> Courtroom: 10A |

| | |
|---|---|
| PEDRO RAMOS, an individual; and NICOLAS GREGORIO, an individual; | CASE NO.: 2:17-cv-03582-SVW-MRW |
| Plaintiffs, | |
| v. | |
| OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH NORMANDIE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual, | |
| Defendants. | |
| CARLOS ESCAMILLA, an individual; POLONIA HERNANDEZ, an individual; and SAJE, a 501(c)(3) non-profit organization, | CASE NO.: 2:17-cv-03583-SVW-MRW |
| Plaintiffs, | |
| v. | |
| OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH KENMORE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual, | |
| Defendants. | |

JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| DEMETRIUS ALLEN, an individual; and MICHAEL PRUDHOMME, an individual, | CASE NO.: 2:17-cv-03584-SVW-MRW |

1  DEMETRIUS ALLEN, an
   individual; and MICHAEL
2  PRUDHOMME, an individual,

3                    Plaintiffs,
              v.
4
5  OPTIMUS PROPERTIES, LLC, a
   California limited liability company;
   OPTIMUS PROPERTY
6  MANAGEMENT, LLC, a California
   limited liability company;
7  ROXBURY VENTURES, LLC, a
   California limited liability company;
8  NORMANDIE LINDEN, LLC, a
   California limited liability company;
9  and JEROME MICKELSON, an
   individual,
10
                     Defendants.
11
12
13  ARTHUR RIVERA, an individual;
    JAMARCUS REYNOLDS, an
    individual; and STEP UP ON
14  SECOND STREET, INC., a
    501(c)(3) non-profit organization,
15
                     Plaintiffs,
16            v.
17  OPTIMUS PROPERTIES, LLC, a
    California limited liability company;
18  OPTIMUS PROPERTY
    MANAGEMENT, LLC, a California
19  limited liability company;
    ROXBURY VENTURES, LLC, a
20  California limited liability company;
    MARIPOSA/8TH STREET
21  PROPERTIES, LLC, a California
    limited liability company; and
22  JEROME MICKELSON, an
    individual,
23
                     Defendants.
24
25
26
27
28

CASE NO.: 2:17-cv-03584-SVW-MRW

CASE NO.: 2:17-cv-03585-SVW-MRW

JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| PEDRO GUERRERO, an individual; and SAJE, a 501(c)(3) non-profit organization, | CASE NO.: 2:17-cv-03586-SVW-MRW |

1  PEDRO GUERRERO, an individual;                )    CASE NO.: 2:17-cv-03586-SVW-MRW
   and SAJE, a 501(c)(3) non-profit              )
2  organization,                                 )
                                                 )
3                      Plaintiffs,               )
                                                 )
4         v.                                      )
                                                 )
5  OPTIMUS PROPERTIES, LLC, a                     )
   California limited liability company;          )
6  OPTIMUS PROPERTY                               )
   MANAGEMENT, LLC, a California                  )
7  limited liability company;                     )
   ROXBURY VENTURES, LLC, a                       )
8  California limited liability company;          )
   MKM WESTWOOD, LLC, a                           )
9  California limited liability company;          )
   and JEROME MICKELSON, an                       )
10 individual,                                    )
                                                 )
11                     Defendants.                )
                                                 )
12                                                )
                                                 )
13                                                )
                                                 )
14                                                )
                                                 )
15                                                )
                                                 )
16                                                )
                                                 )
17
   ANNE K. RICHARDSON (SBN 151541)
18 arichardson@publiccounsel.org
   DEEPIKA SHARMA (SBN 256589)
19 dsharma@publiccounsel.org
   JUSTIN RAYMOND (SBN 311318)
20 jraymond@publiccounsel.org
   PUBLIC COUNSEL
21 610 S. Ardmore Avenue
   Los Angeles, California 90005
22 Telephone:   (213) 385-2977
   Facsimile:    (213) 385-9089
23
   CHRISTOPHER BRANCART (SBN 128475)
24 cbrancart@brancart.com
   LIZA CRISTOL-DEMAN (SBN 190516)
25 lcristoldeman@brancart.com
   BRANCART & BRANCART
26 8205 Pescadero Road
   Loma Mar, California  94021
27 Telephone:  (650) 879-0141
   Facsimile:    (650) 879-1103
28

JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE

1  D. SCOTT CHANG (SBN 146403)
   schang@housingrightscenter.org
2  AZADEH HOSSEINIAN (SBN 306141)
   ahosseinian@housingrightscenter.org
3  HOUSING RIGHTS CENTER
   3255 Wilshire Boulevard, Suite 1150
4  Los Angeles, California 90010
   Telephone:  (213) 387-8400, x 1114
5  Facsimile:   (213) 381-8555

6
   *Attorneys for Plaintiffs*
7

8  THOMAS H. CITRON (SBN 182142)
   thomas.citron@citronlaw.com
9  KATHERINE A. TATIKIAN (SBN 142665)
   katherine.tatikian@citronlaw.com
10 CITRON & CITRON
11 1845 West Olympic Boulevard, Suite 845
   Los Angeles, CA 90064
12 Telephone:  (310) 450-6695
   Facsimile:  (310) 450-3851
13

14 BARRY J. REAGAN (SBN 156095)
   Reagan@srllplaw.com
15 JEFF HALFEN (SBN 131403)
   jhalfen@aol.com
16 SLAUGHTER, REAGAN & COLE, LLP
17 625 E. Santa Clara Street, Suite 101
   Ventura, California 93001
18 Telephone:  (805) 658-7800
   Facsimile:  (805) 644-2131
19
   *Attorneys for Defendants*
20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE

1   WHEREAS, on November 17, 2016, Plaintiffs filed their Original Complaint

2   against Defendants in the United States District Court of the Central District of

3   California, Western Division:  *Martinez, et al. v. Optimus Properties, LLC, et al.*,

4   Case No. 2:16-cv-08598 (ECF No. 1) (the "Original Action");

5   WHEREAS, on March 13, 2017, the Honorable Judge Stephen V. Wilson

6   ordered Plaintiffs to file, on or before May 12, 2017, separate Complaints for each of

7   the five buildings in which the Plaintiffs in the Original Complaint resided (ECF No.

8   47);

9   WHEREAS, on May 11, 2017, Plaintiffs filed six related actions against

10  Defendants in the United States District Court of the Central District of California,

11  Western Division: five actions pursuant to Judge Wilson's Order in the Original

12  Action (ECF No. 47), *Martinez, et al. v. Optimus Properties, LLC,  et al.*, Case No.

13  2:17-cv-03581 (1423 S. Magnolia); *Ramos, et al. v. Optimus Properties, LLC, et al.*,

14  Case No. 2:17-cv-03582 (756 S. Normandie); *Escamilla, et al. v. Optimus*

15  *Properties, LLC, et al.*, Case No. 2:17-cv-03583 (250 S. Kenmore); *Allen, et al. v.*

16  *Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03584 (837 S. Normandie); and

17  *Rivera, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03585 (238 S.

18  Mariposa); as well as a sixth action, *Guerrero, et al. v. Optimus Properties, LLC, et*

19  *al.*, Case No. 2:17-cv-03586 (401 S. Kenmore) (collectively the "Related Actions");

20  WHEREAS, on June 26, 2017, Defendants filed Answers to each of the six

21  Complaints in the Related Actions;

22  WHEREAS, the Parties have reached a settlement to resolve all outstanding

23  claims between the Parties in the Related Actions;

24  WHEREAS, as of September 6, 2018, a settlement agreement was fully

25  executed by all Parties;

26  WHEREAS, the Parties agreed to file a joint stipulation and [proposed] order

27  to dismiss three defendants **without prejudice**—Optimus Properties, LLC, Optimus

28  Property Management, LLC, and Jerome Mickelson—from the Related Actions

JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE

1  within five court days of the date upon which the settlement agreement was fully

2  executed by all Parties;

3         WHEREAS, the Parties agreed to file a joint stipulation and [proposed] order

4  to dismiss the Related Actions in their entirety with prejudice within five court days

5  of the date upon which the Plaintiffs receive the Settlement Payment from

6  Defendants and their insurers;

7         WHEREAS, the Defendants and their insurers have not yet paid the

8  Settlement Payment and therefore the Parties **do not** seek to dismiss the remaining

9  Defendants nor the Related Actions in their entirety at this time.

10        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by

11  and between the Parties, through their undersigned counsel, that, pursuant to Federal

12  Rule of Civil Procedure 41(a), the Parties request that the Court enter the [Proposed]

13  Order submitted herewith dismissing Defendants Optimus Properties, LLC; Optimus

14  Property Management, LLC; and Jerome Mickelson from the Related Actions

15  **without prejudice**.

16

17  Dated:  September 13, 2018          SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM LLP

18
                                        */s/  Emily Ludmir Aviad*
19                                      Matthew E. Sloan
                                        Emily Ludmir Aviad
20                                      Richard A. Schwartz
                                        Alyssa J. Clover
21                                      Rachael T. Schiffman

22                                      *I, Emily Ludmir Aviad, attest that all other
                                        signatories listed, and on whose behalf the filing
23                                      is submitted, concur in the filing's content and
                                        have authorized the filing.*
24

25  Dated:  September 13, 2018          PUBLIC COUNSEL

26
                                        */s/  Deepika Sharma*
27                                      Anne K. Richardson
                                        Deepika Sharma
28                                      Justin Raymond

1   Dated:  September 13, 2018          BRANCART & BRANCART

2                                       */s/  Christopher Brancart*
3                                       Christopher Brancart
                                        Liza Cristol-Deman
4
    Dated:  September 13, 2018          HOUSING RIGHTS CENTER
5
                                        */s/  D. Scott Chang*
6                                       D. Scott Chang
                                        Azadeh Hosseinian
7

8                                       *Attorneys for Plaintiffs*

9   Dated:  September 13, 2018          CITRON & CITRON

10                                      */s/ Thomas H. Citron*
                                        Thomas H. Citron
11                                      Katherine A. Tatikian
    Dated:  September 13, 2018          SLAUGHTER, REAGAN & COLE, LLP
12
                                        */s/ Barry J. Reagan*
13                                      Barry J. Reagan
                                        Jeff Halfen
14

15                                      *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE: DISMISSAL WITHOUT PREJUDICE