UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIA MARTINEZ, an individual; ANA VELASQUEZ, an individual; HILDA DERAS, an individual; CARMEN CASTRO, an individual; GLORIA MORALES, an individual, and SAJE, a 501(c)(3) non-profit organization,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MAGNOLIA AVENUE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>　　　　　　　　　　Defendants. | CASE NO.: 2:17-cv-03581-SVW-MRW<br><br>**[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:　　Hon. Stephen V. Wilson<br><br>Courtroom: 10A |

[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| PEDRO RAMOS, an individual; and NICOLAS GREGORIO, an individual;<br><br>     Plaintiffs,<br><br>  v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH NORMANDIE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>     Defendants. | CASE NO.: 2:17-cv-03582-SVW-MRW |
| CARLOS ESCAMILLA, an individual; POLONIA HERNANDEZ, an individual; and SAJE, a 501(c)(3) non-profit organization,<br><br>     Plaintiffs,<br><br>  v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH KENMORE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>     Defendants. | CASE NO.: 2:17-cv-03583-SVW-MRW |

[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| DEMETRIUS ALLEN, an individual; and MICHAEL PRUDHOMME, an individual,<br><br>                Plaintiffs,<br>v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; NORMANDIE LINDEN, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:17-cv-03584-SVW-MRW |
| ARTHUR RIVERA, an individual; JAMARCUS REYNOLDS, an individual; and STEP UP ON SECOND STREET, INC., a 501(c)(3) non-profit organization,<br><br>                Plaintiffs,<br>v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MARIPOSA/8TH STREET PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 2:17-cv-03585-SVW-MRW |

[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| PEDRO GUERRERO, an individual; and SAJE, a 501(c)(3) non-profit organization,<br><br>     Plaintiffs,<br><br>  v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MKM WESTWOOD, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>     Defendants. | CASE NO.: 2:17-cv-03586-SVW-MRW |

[PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE

1 | After full consideration of the parties' Joint Stipulation re: Dismissal Without Prejudice, this Court hereby ORDERS the dismissal **without prejudice** of Defendants Optimus Properties, LLC; Optimus Property Management, LLC; and Jerome Mickelson from *Martinez, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03581 (1423 S. Magnolia); *Ramos, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03582 (756 S. Normandie); *Escamilla, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03583 (250 S. Kenmore); *Allen, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03584 (837 S. Normandie); and *Rivera, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03585 (238 S. Mariposa); and *Guerrero, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03586 (401 S. Kenmore).

**IT IS SO ORDERED.**

DATED: September 21, 2018

_____
Stephen V. Wilson
UNITED STATES DISTRICT JUDGE