1
2
3
4                                                                      JS-6
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA

CORNELIA MARTINEZ, an            )    CASE NO.: 2:17-cv-03581-SVW-MRW
11  individual; ANA VELASQUEZ, an   )
    individual; HILDA DERAS, an      )    **ORDER RE: DISMISSAL WITH**
12  individual; CARMEN CASTRO, an    )    **PREJUDICE**
    individual; GLORIA MORALES, an   )
13  individual, and SAJE, a 501(c)(3) )
    non-profit organization,          )
14                                    )   Judge:      Hon. Stephen V. Wilson
                         Plaintiffs,  )
15                                    )   Courtroom:  10A
                                      )
16             v.                     )
                                      )
17  OPTIMUS PROPERTIES, LLC, a        )
    California limited liability company; )
18  OPTIMUS PROPERTY               )
    MANAGEMENT, LLC, a California   )
19  limited liability company;        )
    ROXBURY VENTURES, LLC, a         )
20  California limited liability company; )
    MAGNOLIA AVENUE                 )
21  PROPERTIES, LLC, a California     )
    limited liability company; and     )
22  JEROME MICKELSON, an            )
    individual,                       )
23                                    )
                         Defendants.  )
24  _____ )

25
26
27
28
_____
              [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| PEDRO RAMOS, an individual; and NICOLAS GREGORIO, an individual; | ) ) ) | CASE NO.: 2:17-cv-03582-SVW-MRW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH NORMANDIE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| CARLOS ESCAMILLA, an individual; POLONIA HERNANDEZ, an individual; and SAJE, a 501(c)(3) non-profit organization, | ) ) ) ) ) ) ) | CASE NO.: 2:17-cv-03583-SVW-MRW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH KENMORE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

| | |
|---|---|
| DEMETRIUS ALLEN, an individual; and MICHAEL PRUDHOMME, an individual, | CASE NO.: 2:17-cv-03584-SVW-MRW |
| Plaintiffs, | |
| v. | |
| OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; NORMANDIE LINDEN, LLC, a California limited liability company; and JEROME MICKELSON, an individual, | |
| Defendants. | |
| ARTHUR RIVERA, an individual; JAMARCUS REYNOLDS, an individual; and STEP UP ON SECOND STREET, INC., a 501(c)(3) non-profit organization, | CASE NO.: 2:17-cv-03585-SVW-MRW |
| Plaintiffs, | |
| v. | |
| OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MARIPOSA/8TH STREET PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual, | |
| Defendants. | |

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

| | |
|---|---|
| PEDRO GUERRERO, an individual; and SAJE, a 501(c)(3) non-profit organization, | CASE NO.: 2:17-cv-03586-SVW-MRW |

PEDRO GUERRERO, an individual; and SAJE, a 501(c)(3) non-profit organization,

                Plaintiffs,

        v.

OPTIMUS PROPERTIES, LLC, a California limited liability company; OPTIMUS PROPERTY MANAGEMENT, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MKM WESTWOOD, LLC, a California limited liability company; and JEROME MICKELSON, an individual,

                Defendants.

CASE NO.: 2:17-cv-03586-SVW-MRW

After full consideration of the parties' Joint Stipulation re: Dismissal With Prejudice with the Court to Retain Jurisdiction to Enforce the Settlement Agreement, this Court hereby ORDERS the dismissal **with prejudice** of Defendants Optimus Properties, LLC; Optimus Property Management, LLC; Roxbury Ventures, LLC; Magnolia Avenue Properties, LLC; South Normandie Properties, LLC; South Kenmore Properties, LLC; Normandie Linden, LLC; Mariposa/8th Street Properties, LLC; MKM Westwood, LLC; and Jerome Mickelson from *Martinez, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03581 (1423 S. Magnolia); *Ramos, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03582 (756 S. Normandie); *Escamilla, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03583 (250 S. Kenmore); *Allen, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03584 (837 S. Normandie); *Rivera, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03585 (238 S. Mariposa); and *Guerrero, et al. v. Optimus Properties, LLC, et al.*, Case No. 2:17-cv-03586 (401 S. Kenmore). The Court shall retain jurisdiction for the duration of the settlement term for the purpose of enforcing and modifying the parties' settlement agreement, which will be overseen by the Honorable Suzanne H. Segal.

**IT IS SO ORDERED.**

DATED:   October 18, 2018

_____
Stephen V. Wilson
UNITED STATES DISTRICT JUDGE