Thomas H. Citron, Esq., State Bar No. 182142
thomas.citron@citronlaw.com
Katherine A. Tatikian, Esq., State Bar No. 142665
katherine.tatikian@citronlaw.com
**CITRON & CITRON**
11845 West Olympic Boulevard, Suite 845
Los Angeles, CA 90064
Telephone:  (310) 450-6695; Facsimile:  (310) 450-3851
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CORNELIA MARTINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPTIMUS PROPERTIES, LLC, et al., <br><br> Defendants <br><br>_____ <br><br> Related Actions: <br><br>_____ | **Case No.: 2:17-cv-03581-SVW-MRW, And Related Actions 2:17-cv-3582; 2:17-cv-3583; 2:17-cv-3584; 2:17-cv-3585; 2:17-cv-3586** <br><br> Assigned To Hon. Stephen V. Wilson, District Judge, First Street Courthouse, Courtroom 10A; And <br> Hon. Michael R. Wilner, Edward R. Roybal Federal Building, Courtroom 550 <br><br> **CERTIFICATION OF DEFENDANTS' COMPLIANCE WITH SETTLEMENT AGREEMENT** |

# CERTIFICATION

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Honorable Steven V. Wilson

Re: Case Numbers 2:17-cv-03581-SVW-MRV; 2:17-cv-03582-SVW-MRV; 2:17-cv-03583-SVW-MRV; 2:17-cv-03584-SVW-MRV; 2:17-cv-03585-SVW-MRV; and 2:17-cv-03586-SVW-MRV

I, Kamyar Shabani, manager of Roxbury Ventures, LLC, a California limited liability company, do hereby certify as of this 4th day of September, 2019 that all Defendants in the above-referenced actions are in full compliance with the Monetary Terms and the Non-Monetary Terms set forth in that certain Settlement Agreement and General Release made effective as of September 6, 2018 by and among the several Defendants and the several Plaintiffs.

_____
Kamyar Shabani

## PROOF OF SERVICE

*Cornelia Martinez, et al. v. Optimus Properties* Case No. 2:17-cv-03581 SVW (MRWx)
*Pedro Ramos, et al. v. Optimus Properties* Case No. 2:17-cv-03582 SVW (MRWx)
*Carlos Escamilla, et al. v. Optimus Properties* Case No. 2:17-cv-03583 SVW (MRWx)
*Demetrius Allen, et al. v. Optimus Properties* Case No. 2:17-cv-03584 SVW (MRWx)
*Arthur Rivera, et al. v. Optimus Properties* Case No. 2:17-cv-03585 SVW (MRWx)
*Pedro Guerrero, et al. v. Optimus Properties* Case No. 2:17-cv-03586 SVW (MRWx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 11845 West Olympic Boulevard, Suite 845, Los Angeles, California 90064.

On September 4, 2019, I served document described as **CERTIFICATION OF DEFENDANTS' COMPLIANCE WITH SETTLEMENT AGREEMENT** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

☒ **BY EMAIL** as follows: I caused a true and correct copy of the foregoing document to be served via email on this date to the email addresses indicated on the Proof of Service.

☒ **FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 4, 2019, at Los Angeles, California.

//Katherine Auchincloss Tatikian//
Katherine Auchincloss Tatikian

---

1

**PROOF OF SERVICE**

SERVICE LIST

*Cornelia Martinez, et al. v. Optimus Properties* Case No. 2:17-cv-03581 SVW (MRWx)
*Pedro Ramos, et al. v. Optimus Properties* Case No. 2:17-cv-03582 SVW (MRWx)
*Carlos Escamilla, et al. v. Optimus Properties* Case No. 2:17-cv-03583 SVW (MRWx)
*Demetrius Allen, et al. v. Optimus Properties* Case No. 2:17-cv-03584 SVW (MRWx)
*Arthur Rivera, et al. v. Optimus Properties* Case No. 2:17-cv-03585 SVW (MRWx)
*Pedro Guerrero, et al. v. Optimus Properties* Case No. 2:17-cv-03586 SVW (MRWx)

| | |
|---|---|
| Anne Richardson, Esq.<br>arichardson@publiccounsel.org<br>Deepika Sharma. Esq.<br>dsharma@publiccounsel.org<br>PUBLIC COUNSEL<br>610 S. Ardmore Avenue<br>Los Angeles, CA 90005<br>(213) 385-2977<br>(213) 385-9089 FAX | Attorneys for Plaintiffs |

Matthew E. Sloan, Esq.
matthew.sloan@skadden.com
Emily Ludmir Aviad, Esq.
emily.aviad@skadden.com
Ross M. Cuff, Esq.
ross.cuff@skadden.com
Richard A. Schwartz, Esq.
richard.schwartz@skadden.com
Rachael T. Schiffman, Esq.
rachael.schiffman@skadden.com
Alyssa J. Clover, Esq.
alyssa.clover@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
300 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
(213) 687-5000
(213) 687-5600 FAX

Christopher Brancart, Esq.
cbrancart@brancart.com
BRANCART & BRANCART
8205 Pescadero Road
Loma Mar, CA 94021
(650) 879-0141
(650) 879-1103 FAX

Sam Tepperman-Gelfant, Esq.
stepperman-gelfant@publicadvocates.org
PUBLIC ADVOCATES INC.
131 Steuart Street, Suite 300
San Francisco, CA 94105
(415) 431-7430, Extension 324
(415) 431-1048 FAX

**PROOF OF SERVICE**

1  Scott Chang
   Azadeh Hosseinian
2  HOUSING RIGHTS CENTER
   3255 Wilshire Blvd., Suite 1150
3  Los Angeles CA 90010
   (213) 387-8400 ext. 1114
4  ahosseinian@housingrightscenter.org
   schang@housingrightscenter.org
5
   Barry J. Reagan, Esq.                Co-Counsel For Defendants
6  reagan@srllplaw.com
7  Jeffrey J. Halfen, Esq.
   jjhalfen@aol.com
8  Gabriele Mezger-Lashly, Esq.
   lashly@srllplaw.com
9  SLAUGHTER, REAGAN & COLE, LLP
   625 East Santa Clara Street, Suite 101
10 Ventura, CA 93001
   (805) 658-7800 (805) 644-2131 FAX
11

3

**PROOF OF SERVICE**